IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 29 2005
CLERK, U.S. DISTRICT COURT
By _____

DAVID C. HICKS, §
§
        Petitioner, §
§ Civil Action No. 3:05-CV-0845-M
v. §
§
UNITED STATES OF AMERICA, §
§
        Respondent. §
§

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On July 6, 2005, United States Magistrate Judge Jeff Kaplan made Findings and a Recommendation. No objections were filed. The Court thus reviews the Findings and Recommendation for plain error. Finding no plain error, the Court accepts the Findings and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

SIGNED this 29 day of July, 2005.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE

1